UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § <br> Plaintiff § <br> § <br> v. § <br> § <br> **GUILLERMO FLORES CORDERO** § <br> Defendant, § <br> § | CRIMINAL CASE NO. C-13-718 |

## AGREED FINAL JUDGMENT OF FORFEITURE

THIS DAY came on to be considered the Joint Motion for Agreed Final Judgment of Forfeiture.

Having taken judicial notice of the matters on file in this case, the Court finds the following facts at the parties' request.

A) On August 14, 2013, an indictment (D.E. 1) was returned in this cause which charged Guillermo Flores Cordero with conspiracy to launder monetary instruments, in violation of Title 18 U.S.C. §1956(h) and with the unlawful operation of an unlicensed money transmitting business, in violation of Title 18 U.S.C. §1960. The indictment and supplemental notice of forfeiture (D.E. 28) also gave notice of the government's intent to seek forfeiture of the bank account identified as all funds on deposit in certificate of deposit account number 57561 in the name of Celia Palomares de Gonzalez, a.k.a. Celia de Santiago Palomares at Inter National Bank of McAllen, Texas, specifically $3,866,221.95 in United States currency seized on November 21, 2013 (hereinafter called "subject property").

B) The court has jurisdiction of Subject Property.

Criminal Procedure was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 14, 2013. (D.E. #93).

D) Service has been effected on all potential interested third parties to the Subject Property both known and unknown. Service has been effected on the following potential third party petitioners who are known to the United States: (1) the Defendant Guillermo Flores Cordero and his wife Leticia Maria De Guadalupe Galan Villalobos, the persons responsible for funding subject property (D.E. 67 & 68); (2) Celia Palomares de Gonzalez aka Celia de Santiago Palomares, the named account holder of subject property, through her attorney, Antonio Villeda (D.E. 90); (3) Alvaro Elias Garcia Gonzalez, the power of attorney named on subject property (D.E. 91); and (4) Inter National Bank, the bank where subject property was held and located (D.E. 89).

E) On May 9, 2014, Alvaro Elias Garcia Gonzalez (hereinafter referred to as "Petitioner Garcia") and Celia Palomares de Gonzalez aka Celia de Santiago Palomares (hereinafter referred to as "Petitioner Palomares") filed a petition for third-party ancillary proceeding. (D.E. 118 & 119). Petitioner Palomares passed away on November 13, 2014. On February 9, 2015, Petitioner Garcia, pursuant to Federal Rule of Civil Procedure 25, moved to substitute on behalf of Petitioner Palomares, representing to the court that he was appointed executor of the estate of Petitioner Palomares. (D.E. 191 & 192). The court granted the motion on February 11, 2015. (D.E. 193).

F) Petitioner Garcia and Petitioner Palomares, represented by Petitioner Garcia, now, in the Joint Motion for Final Forfeiture, agree to the forfeiture of subject property to the United States.

2

The time to appear and challenge this forfeiture action having passed, all potential interested third party petitioners to the Subject Property are in default save and except Petitioners Garcia and Palomares, who are in agreement with the forfeiture of Subject Property to the United States.

It is therefore ORDERED, ADJUDGED, AND DECREED:

1) Judgment is hereby entered in this case in favor of the United States against all potential claimants;

2) The interests of all persons and entities, including Petitioner Garcia and Petitioner Palomares, in the Subject Property are hereby forfeited to the United States of America;

3) All right, title, and interest in the Subject Property are vested in the United States of America;

4) The United States shall release the seizure warrant pending in the sealed matter regarding all funds on deposit in Pershing LLC/BBVA Compass Investment Solutions Account Number XXX-XXX329 in the name of Celia Palomares de Gonzalez aka Celia de Santiago Palomares and Alvaro Elias Garcia Gonzalez;

5) The United States and Petitioners shall each pay their own costs, attorney's fees, and all other expenses of whatever kind arising out of or resulting from the seizure of the subject property or from the institution, prosecution, or resolution of this case; and

6) United States of America shall dispose of Subject Property in accordance with applicable law.

3

Signed at Corpus Christi, Texas, on this the 11th day of May, 2015.

HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

AGREED TO IN FORM AND SUBSTANCE BY:

ALVARO ELIAS GARCIA GONZALEZ
Petitioner

CELIA PALOMARES DE GONZALEZ
AKA CELIA DE SANTIAGO PALOMARES
Petitioner (Interests represented by Alvaro Elias Garcia Gonzalez)

Brandon T. Hudson
Daniel & Hudson, PLLC
The Warner House
1815 San Pedro
San Antonio, Texas 78212
PH: (210) 222-2297
FX: (210) 222-9101
Texas Bar No. 50511660
ATTORNEY FOR PETITIONERS

Alfonso Cabanas
Cabanas Attorneys
The Forum Building
8000 IH-10 West, Ste. 600
San Antonio, Texas 78230
PH: (210) 366-8076
FX: (210) 366-8078
Texas Bar No. 24056718
ATTORNEY FOR PETITIONERS

4

Antonio Villeda
5414 N. 10th Street
McAllen, Texas 78504
PH: (956) 631-9100
FX: (956) 631-9146
Texas Bar No. 20585300
ATTORNEY FOR PETITIONERS


KENNETH MAGIDSON
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By: _____
JULIE K. HAMPTON
Assistant United States Attorney
800 North Shoreline Blvd., Ste. 500
Corpus Christi, Texas 78401
Federal I.D. No. 431286
Texas State Bar I.D. No. 24032269
(361) 888-3111 Phone
(361) 888-3200 (Facsimile)
Counsel for United States